```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                       Case No. 13-12376-mdc
William Cook                                                 Chapter 13
Michelle Jones-Cook
        Debtors                 CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett           Page 1 of 2        Date Rcvd: Jul 18, 2016
                          Form ID: 138NEW           Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2016.
db/jdb         +William Cook,    Michelle Jones-Cook,    543 Anchor Street,    Philadelphia, PA 19120-1705
cr             +Eastern Regional Medical Center, Inc. and Cancer T,    c/o Steven J. White, Esquire,
                 Stradley Ronon Stevens & Young, LLP,    2600 One Commerce Square,    Philadelphia, PA 19103-7018
cr              M&T BANK as servicer for Lakeview Loan,    PO Box 840,    Buffalo, NY 14240-0840
12999068       +BENJAMIN E GORDON,ESQ,   2600 ONE COMMERCE SQUARE,    PHILADELPHIA, PA 19103-7018
13008212       +Bank of America,   c/o Kimberly A. Bonner, Esq,    200 Sheffield Road, Ste 101,
                 Mountainside, NJ 07092-2315
12999067        Bank of America Mortgage,    PO BOX 5170,   SIMI VALLEY CA 93062-5170,    Getzville, NY 14068
12999069       +Capital One Auto Finance,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
12999071       +Cibik and Cataldo, P.C.,    1500 Walnut Street,   Suite 900,    Philadelphia, PA 19102-3518
12999073       +EASTERN REGIONAL MEDICAL CENTER INC,    1331 E WYOMING AVE,    PHILADELPHIA, PA 19124-3808
12999074       +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
12999075       +Experian,   Profile Maintenance,    P.O. Box 9558,   Allen, Texas 75013-9558
12999077        PA Dept. of Revenue,    Bankruptcy Division,   Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
12999078       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:07     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2016 01:55:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2016 01:56:01     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 19 2016 02:43:53
                 Capital One Auto Finance,    P.O. Box 201347,   Arlington, TX 76006-1347
13002492       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 19 2016 02:44:48
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13069318       +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 19 2016 02:43:52
                 Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                 Arlington, TX 76006-1347
12999070       +E-mail/Text: moc@ccpclaw.com Jul 19 2016 01:54:57     Cibik and Cataldo, P.C.,
                 225 S. 15th Street,    Suite 1635,   Philadelphia, PA 19102-3825,    ccpc@ccpclaw.com
12999072       +E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:07     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,   1515 Arch Street,   Philadelphai, PA 19102-1504
12999076        E-mail/Text: cio.bncmail@irs.gov Jul 19 2016 01:55:04     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13160253        E-mail/Text: camanagement@mtb.com Jul 19 2016 01:55:10     Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    PO Box 840,   Buffalo, NY 14240-0840
13077928        E-mail/Text: bnc-quantum@quantum3group.com Jul 19 2016 01:55:11
                 Quantum3 Group LLC as agent for,    Elite Recovery Acquisitions LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13039233        Eastern Regional Medical Center & Cancer Treatment
13410992*      +Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                              Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Jul 18, 2016
                              Form ID: 138NEW              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    BANK OF AMERICA, N.A. amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Creditor    M&T BANK as servicer for Lakeview Loan
               amps@manleydeas.com
              KIMBERLY A. BONNER    on behalf of Debtor William  Cook amps@manleydeas.com
              MICHAEL A. CATALDO2    on behalf of Debtor William  Cook ecf@ccpclaw.com, igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Michelle  Jones-Cook ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Michelle  Jones-Cook ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor William  Cook ecf@ccpclaw.com, igotnotices@ccpclaw.com
              STEVEN JOHN WHITE    on behalf of Creditor    Eastern Regional Medical Center, Inc. and Cancer
               Treatment Centers of America Professional Corporation of Pennsylvania, P.C. swhite@stradley.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: William Cook and Michelle Jones–Cook

    Debtor(s)

Bankruptcy No: 13–12376–mdc

Chapter: 13

___

## *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

      For The Court

      Timothy B. McGrath
      Clerk of Court

Dated: 7/18/16

44 – 42
Form 138_new