Certificate Number: 16339-PAE-DE-027857287

Bankruptcy Case Number: 13-12376



16339-PAE-DE-027857287

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 4, 2016</u>, at <u>8:43</u> o'clock <u>AM EDT</u>, <u>William Cook</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   August 4, 2016              By:   /s/Kelley Tipton

Name:   Kelley Tipton

Title:   Certified Financial Counselor