**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
William Cook
Michelle Jones-Cook

    DEBTOR : BKY. NO.  13-12376mdc13

**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**

1.    That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the MOTION TO EXCUSE DEBTOR EDUCATION COURSE AS TO MICHELLE JONES-COOK ONLY was served to all interested parties via Electronic Means or Via Regular Mail.

2.    That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

        Respectfully submitted,

DATE: August 29, 2016        _____/s/_____
        MICHAEL A. CATALDO
        CIBIK & CATALDO, P.C.
        1500 WALNUT STREET, STE. 900
        PHILADELPHIA, PA 19102
        (215) 735-1060