**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              :        CHAPTER 13
William Cook
Michelle Jones-Cook

     DEBTOR               :        BKY. NO.   13-12376mdc13

**ORDER**

AND NOW, this 1st day of September 2016, upon consideration of Debtor's Motion to Waive Debtor Education Course Requirement for Michelle Jones-Cook

It is hereby Ordered that in light of her death cause exists under 11 U.S.C 109(h) for the waiver and the requirement is waived as to Debtor Michelle Jones-Cook only.

By the Court:

_____
Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:   Michael A. Cataldo, Esquire
     Cibik & Cataldo, P.C.
     1500 Walnut Street Suite 900
     Philadelphia, PA   19102

     William C. Miller, Esquire
     Chapter 13 Trustee
     P.O. Box 40119
     Philadelphia, PA 19106-0119