United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William Cook  
Michelle Jones-Cook  
    Debtors

Case No. 13-12376-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Antoinett　　　Page 1 of 1　　　Date Rcvd: Sep 02, 2016  
　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2016.  
db/jdb　　　+William Cook,　Michelle Jones-Cook,　543 Anchor Street,　Philadelphia, PA 19120-1705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016　　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2016 at the address(es) listed below:  
　　　ANDREW F GORNALL　　on behalf of Creditor　　Lakeview Loan Servicing, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　　KIMBERLY A. BONNER　　on behalf of Creditor　　M&T BANK as servicer for Lakeview Loan amps@manleydeas.com  
　　　KIMBERLY A. BONNER　　on behalf of Debtor William　Cook amps@manleydeas.com  
　　　KIMBERLY A. BONNER　　on behalf of Creditor　　BANK OF AMERICA, N.A. amps@manleydeas.com  
　　　MICHAEL A. CATALDO2　　on behalf of Joint Debtor Michelle　Jones-Cook ecf@ccpclaw.com, igotnotices@ccpclaw.com  
　　　MICHAEL A. CATALDO2　　on behalf of Debtor William　Cook ecf@ccpclaw.com, igotnotices@ccpclaw.com  
　　　MICHAEL A. CIBIK2　　on behalf of Joint Debtor Michelle　Jones-Cook ecf@ccpclaw.com, igotnotices@ccpclaw.com  
　　　MICHAEL A. CIBIK2　　on behalf of Debtor William　Cook ecf@ccpclaw.com, igotnotices@ccpclaw.com  
　　　STEVEN JOHN WHITE　　on behalf of Creditor　　Eastern Regional Medical Center, Inc. and Cancer Treatment Centers of America Professional Corporation of Pennsylvania, P.C. swhite@stradley.com  
　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　WILLIAM C. MILLER　　ecfemails@ph13trustee.com, philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
William Cook
Michelle Jones-Cook

      DEBTOR : BKY. NO. 13-12376mdc13

### ORDER

AND NOW, this 1st day of September 2016, upon consideration of Debtor's Motion to Waive Debtor Education Course Requirement for Michelle Jones-Cook

It is hereby Ordered that in light of her death cause exists under 11 U.S.C 109(h) for the waiver and the requirement is waived as to Debtor Michelle Jones-Cook only.

By the Court:

Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc: Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C.
1500 Walnut Street Suite 900
Philadelphia, PA   19102

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119