United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
William Cook
Michelle Jones-Cook
      Debtors

Case No. 13-12376-mdc
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Antoinett | Page 1 of 1 | Date Rcvd: Sep 09, 2016 |
|---|---|---|---|
| | Form ID: 195 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2016.
db/jdb      +William Cook,  Michelle Jones-Cook,  543 Anchor Street,  Philadelphia, PA 19120-1705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2016 at the address(es) listed below:
       ANDREW F GORNALL  on behalf of Creditor  Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
    bkgroup@kmllawgroup.com
       KIMBERLY A. BONNER  on behalf of Creditor  M&T BANK as servicer for Lakeview Loan
    amps@manleydeas.com
       KIMBERLY A. BONNER  on behalf of Debtor William  Cook amps@manleydeas.com
       KIMBERLY A. BONNER  on behalf of Creditor  BANK OF AMERICA, N.A. amps@manleydeas.com
       MICHAEL A. CATALDO2  on behalf of Joint Debtor Michelle  Jones-Cook ecf@ccpclaw.com,
    igotnotices@ccpclaw.com
       MICHAEL A. CATALDO2  on behalf of Debtor William  Cook ecf@ccpclaw.com,  igotnotices@ccpclaw.com
       MICHAEL A. CIBIK2  on behalf of Joint Debtor Michelle  Jones-Cook ecf@ccpclaw.com,
    igotnotices@ccpclaw.com
       MICHAEL A. CIBIK2  on behalf of Debtor William  Cook ecf@ccpclaw.com,  igotnotices@ccpclaw.com
       STEVEN JOHN WHITE  on behalf of Creditor  Eastern Regional Medical Center, Inc. and Cancer
    Treatment Centers of America Professional Corporation of Pennsylvania, P.C. swhite@stradley.com
       United States Trustee  USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER  ecfemails@ph13trustee.com,  philaecf@gmail.com
                                 TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                        : Chapter 13


William Cook and Michelle Jones−Cook              : Case No. 13−12376−mdc
             Debtor(s)


### *ORDER*
_____


AND NOW, this day , 9th day of September, 2016 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                                    By The Court

                                    Magdeline D. Coleman
                                    Judge , United States Bankruptcy Court